# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| ELI LILLY AND COMPANY, et al. | ) |
|                     Plaintiff(s), | ) |
| | ) |
|     vs. | ) CASE NO. 1:14−cv−01647−JMS−TAB |
| | ) |
| NANG KUANG PHARMACEUTICAL CO., LTD., et al. | ) |
|                     Defendant(s) | ) |

## ORDER REASSIGNING RELATED CASE

      Pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge Tanya Walton Pratt and Magistrate Judge Denise K. LaRue for all further proceedings.

DATE: <u>October 28, 2014</u>                                                                                    s/   Judge Jane Magnus−Stinson  
                                                                                       United States District Court  
                                                                                       Southern District of Indiana