UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY and THE TRUSTEES OF PRINCETON UNIVERSITY, <br><br> Plaintiffs, <br> v. <br><br> NANG KUANG PHARMACEUTICAL CO., LTD., and CANDA NK-2, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 1:14-cv-1647-TWP-DKL ) ) ) ) ) ) |

**ORDER GRANTING PLAINTIFFS'
MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs, Eli Lilly and Company and the Trustees of Princeton University (collectively known as "Plaintiffs"), by counsel, having filed their Motion to Seal Exhibit 1 to Plaintiffs' Brief in Support of the Motion for Jurisdictional Discovery (ECF No. 34-1, and having re-filed under it under provisional seal as ECF No. 35-1, and the Court having considered the Motion now finds that it should be granted.

IT IS, THEREFORE, ORDERED that the Court shall maintain Exhibit 1 attached to Plaintiffs' Brief in Support of the Motion for Jurisdictional Discovery [Dkt. 34-1] under provisional seal. Within 7 days of the date of this Order, Defendant's shall file a motion to maintain the seal of this document explaining in full their justification for sealing all or part of that Exhibit.

Dated: 11/14/2014

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
jan.carroll@btlaw.com

Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Andrew V. Trask
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000 (telephone)
bgenderson@wc.com
aperlman@wc.com
dgrossman@wc.com
eoberwetter@wc.com
dkrinsky@wc.com
atrask@wc.com

Anthony R. Jost
Stephanie Snell Chaudhary
Riley Bennett & Egloff LLP
tjost@rbelaw.com
schaudhary@rbelaw.com

Aya Cieslak-Tochigi
Michael A. Siem
Steven R. Daniels
Farney Daniels PC
atochigi@farneydaniels.com
msiem@farneydaniels.com
sdaniels@farneydaniels.com