UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>        Plaintiffs,<br><br>vs.<br><br>NANG KUANG PHARMACEUTICAL CO., LTD.,<br>CANDA NX-2, LLC,<br><br>        Defendants. | No. 1:14-cv-01647-TWP-DKL |

**ORDER ON DEFENDANTS' MOTION TO SEAL EXHIBIT 1 TO PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR JURISDICTIONAL DISCOVERY**

This matter is before the Court on the above-referenced Motion filed by Defendants. [Dkt. 40.] The Court hereby **GRANTS** Defendants' Motion. The Clerk is ordered to maintain Dkt. 35-1 under seal.

Date: 12/15/2014

*Denise LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Aya Cieslak-Tochigi
FARNEY DANIELS PC
atochigi@farneydaniels.com

Steven R. Daniels
FARNEY DANIELS PC
sdaniels@farneydaniels.com

Michael A. Siem
FARNEY DANIELS, PC
msiem@farneydaniels.com

Anthony R. Jost
RILEY BENNETT & EGLOFF LLP
tjost@rbelaw.com

Stephanie Snell Chaudhary
RILEY BENNETT & EGLOFF LLP
schaudhary@rbelaw.com

Andrew V. Trask
WILLIAMS & CONNOLLY
atrask@wc.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com

Ellen E. Oberwetter
WILLIAMS & CONNOLLY, LLP
eoberwetter@wc.com