UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ELI LILLY AND COMPANY and
THE TRUSTEES OF PRINCETON UNIVERSITY

                      Plaintiffs,

  v.

NANG KUANG PHARMACEUTICAL
CO., LTD., and CANDA NX2, LLC

                     Defendants.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:14-cv-1647-TWP-DKL

TO:    Nang Kuang Pharmaceutical Co., Ltd.
         c/o Michael Siem
         Farney Daniels P.C.
         98 Rockwell Place, 2nd Floor
         Brooklyn, NY  11217

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF€S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  317-236-1313

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio St., Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

*CLERK OF COURT, Laura A. Briggs*

BY: _____
*Deputy Clerk*

12/19/2014
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ELI LILLY AND COMPANY and
THE TRUSTEES OF PRINCETON UNIVERSITY

                Plaintiffs,

  v.

NANG KUANG PHARMACEUTICAL
CO., LTD., and CANDA NX-2, LLC

                Defendants.

**ALIAS SUMMONS
IN A CIVIL CASE**

CASE NUMBER: 1:14-cv-1647-TWP-DKL

TO:    Canda NK-2, LLC
         c/o Michael Siem
         Farney Daniels P.C.
         98 Rockwell Place, 2nd Floor
         Brooklyn, NY  11217

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS:

Jan M. Carroll
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  317-236-1313

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

12/19/2014

*CLERK OF COURT, Laura A. Briggs*        DATE

**BY:** _____
          *Deputy Clerk*