UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-01647-TWP-DKL |
| ) | (consolidated) |
| NANG KUANG PHARMACEUTICAL CO., ) | |
| LTD., CANDA NK-2, LLC, SANDOZ INC., ) | |
| HERITAGE PHARMA LABS INC., HERITAGE ) | |
| PHARMACEUTICALS, INC., MYLAN, INC., ) | |
| And MYLAN LABORATORIES, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO ADMINISTRATIVELY CLOSE ACTION**

Plaintiff Eli Lilly and Company ("Lilly") and Defendants Nang Kuang Pharmaceutical Co., Ltd., CANDA NK-2, LLC, Sandoz Inc., Emcure Pharmaceuticals Ltd., Heritage Pharma Labs Inc., Heritage Pharmaceuticals, Inc., Mylan, Inc., and Mylan Laboratories, Ltd. jointly move to administratively close this action, subject to any party moving to reopen, for the reasons and as set forth below:

1.  This is a consolidated action for patent infringement. Lilly has alleged that each of the Defendants infringe Lilly's U.S. Patent No. 7,772,209 ("the '209 patent") based on the filing of Abbreviated New Drug Applications with the U.S. Food and Drug Administration seeking approval for pemetrexed products before the expiration of the '209 patent. Defendants have alleged that their respective ANDAs and pemetrexed products do not infringe the claims of the '209 patent. Defendants have also all alleged that the claims of the '209 patent are invalid.

2. This Court previously held trials on validity and infringement of the '209 patent in a separate action that Lilly previously brought against a different set of generic pharmaceutical manufacturers, *Eli Lilly and Company v. Teva Parenteral Medicines, Inc., et al.*, 1:10-cv-1376-TWP-DKL. In that action, the Court held that the defendants had not established by clear and convincing evidence that the asserted claims of the '209 patent were invalid and that the defendants in that action infringed the '209 patent. That action is on appeal to the U.S. Court of Appeals for the Federal Circuit (Case No. 2015-2067); briefing is complete and the appeal is awaiting oral argument.

3. Defendant Sandoz Inc., and non-party Neptune Generics, LLC, filed Petitions for *Inter Partes* Review ("IPR") challenging the validity of all claims of the '209 patent with the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office, and the Board instituted review of all claims in June 2016. *Neptune Generics, LLC v. Eli Lilly and Company*, IPR2016-00237, -00240; *Sandoz Inc. v. Eli Lilly and Company*, IPR2016-00318.

4. Lilly and all Defendants agree that it would not be in the interests of judicial economy and would not be efficient for the Court or the parties for the instant action to proceed at this time in light of the pending Federal Circuit appeal. In addition, Lilly and Defendants Nang Kuang Pharmaceutical Co., Ltd., CANDA NK-2, LLC, Sandoz Inc., Emcure Pharmaceuticals Ltd., Heritage Pharma Labs Inc., and Heritage Pharmaceuticals agree that it would not be in the interest of judicial economy and would not be efficient for the Court or the parties for the instant action to proceed at the time in light of the pending IPR proceedings.

Accordingly, the parties jointly request that this action be administratively closed, with any party having the right to move to reopen the case at any time should circumstances warrant. If the case has not been reopened, the parties agree that upon the issuance of a mandate in

Federal Circuit Case No. 2015-2067 or of final written decisions in IPR2016-00237, -00240, and -00318, they will contact the Magistrate Judge assigned to this case to request a status conference to discuss whether it is appropriate for the administrative closure to continue. At that time, the parties will file a status report on the Federal Circuit's decision in *Astrazeneca AB v. Mylan Pharms*., No. 2015-1460 (Fed. Cir. March 2015) so that the Court can determine the efficacy of continuing or lifting the stay of the briefing on Mylan's motion to dismiss. (See Filing No. 65).

A proposed order is being filed with this motion.

Respectfully submitted,

| | |
|---|---|
| */s/ David M. Krinsky* <br> Jan M. Carroll <br> BARNES & THORNBURG LLP <br> 11 South Meridian Street <br> Indianapolis, IN  46204 <br> Tel:  (317) 236-1313 <br> Fax:  (317) 231-7433 <br> jan.carroll@btlaw.com <br><br> Bruce R. Genderson <br> Adam L. Perlman <br> Dov P. Grossman <br> David M. Krinsky <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. <br> Washington, DC  20005 <br> Tel:  (202) 434-5000 <br> Fax:  (202) 434-5029 <br> bgenderson@wc.com <br> aperlman@wc.com <br><br> *Attorneys for Plaintiff* <br> *Eli Lilly and Company* <br><br> */s/ David C. Kistler* (with permission) <br> Steven G. Cracraft <br> BRANNON SOWERS & CRACRAFT PC <br> 1 N. Pennsylvania St. | */s/ Laura A. Lydisen* (with permission) <br> Ralph J. Gabric <br> Laura A. Lydigsen <br> Danielle C. Gillen <br> BRINKS GILSON & LIONE <br> NBC Tower - Suite 3600 <br> 455 N. Cityfront Plaza Drive <br> Chicago, IL 60611 <br> rgabric@brinksgilson.com <br> llydigsen@brinksgilson.com <br> dgillen@brinksgilson.com <br><br> *Attorneys for Defendant Sandoz Inc.* <br><br><br><br><br><br><br><br><br> */s/ Sarah E. Spires* (with permission) <br> Anthony R. Jost <br> RILEY BENNETT & EGLOFF LLP <br> 141 East Washington Street <br> Suite 400 |

Suite 800
Indianapolis, IN 46204
(317) 630-2810
Fax: (317) 630-2813
Email: scracraft@bscattorneys.com

David C. Kistler (Admitted Pro Hac Vice)
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-2643
Fax: (609) 897-7291
Email: kistler@blankrome.com

*Attorneys for Defendants Emcure Pharmaceuticals Ltd., Heritage Pharma Labs Inc. (formerly known as Emcure Pharmaceuticals USA, Inc.), and Heritage Pharmaceuticals Inc.*

Indianapolis, IN 46204
(317)636-8000
Fax: (317)636-8027
Email: tjost@rbelaw.com

Paul J. Skiermont
Sarah E. Spires
Sadaf R. Abdullah
SKIERMONT DERBY LLP
2200 Ross Avenue
Suite 4800W
Dallas, TX 75201
214-978-6600
Fax: 214-978-6601
Email: pskiermont@skiermontderby.com
       sspires@skiermontderby.com
       sabdullah@skiermontderby.com

Michael A. Siem
DEVLIN LAW FIRM, LLC
1306 N. Broom Street
1st Floor
Wilmington, DE 19806
302-449-9013
Email: msiem@devlinlawfirm.com
Stephanie Snell Chaudhary
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Suite 400
Indianapolis, IN 46204
317-636-8000
Fax: 317-636-8027
Email: schaudhary@rbelaw.com

*Attorneys for Defendants CANDA NX-2, LLC and Nang Kuang Pharmaceutical Co., Ltd.*


 */s/ Jeremy N. Gayed* (with permission)
Jeremy N. Gayed
BARRETT & MCNAGNY LLP
215 East Berry Street
Fort Wayne, IN 46801
260-423-9551
Fax: 260-423-8920

4

Email: jng@barrettlaw.com

Thomas J. Parker (Admitted pro hac vice)
Deepro R. Mukerjee (Admitted pro hac vice)
Ellen Y. Cheong (Admitted pro hac vice)
Charles A. Naggar (Admitted pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Ph:  (404) 881-7000
Fax: (404) 881-7777
Thomas.parker@alston.com
deepro.mukerjee@alston.com
ellen.cheong@alston.com
charles.naggar@alston.com

*Attorneys for Defendants*
*MYLAN LABORATORIES LIMITED*
*MYLAN INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, I caused a true and correct copy of the foregoing to be served on the following by action of the Court's ECF system:

Ralph J. Gabric
Laura A. Lydigsen
Danielle C. Gillen
Yun Wei
BRINKS GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
rgabric@brinksgilson.com
llydigsen@brinksgilson.com
dgillen@brinksgilson.com
welkyn@gmail.com

*Attorneys for Defendant Sandoz Inc.*

Steven G. Cracraft
BRANNON SOWERS & CRACRAFT PC
1 N. Pennsylvania St.
Suite 800
Indianapolis, IN 46204
(317) 630-2810
Fax: (317) 630-2813
Email: scracraft@bscattorneys.com

David C. Kistler (Admitted *Pro Hac Vice*)
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-2643
Fax: (609) 897-7291
Email: kistler@blankrome.com

*Attorneys for Defendants Emcure Pharmaceuticals Ltd., Heritage Pharma Labs Inc. (formerly known as Emcure Pharmaceuticals USA, Inc.), and Heritage Pharmaceuticals Inc.*

Anthony R. Jost
Stephanie Chaudhary
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Suite 400
Indianapolis, IN 46204
(317)636-8000
Fax: (317)636-8027
tjost@rbelaw.com
schaudhary@rbelaw.com

Paul J. Skiermont
Sarah E. Spires
Sadaf R. Abdullah
SKIERMONT DERBY LLP
2200 Ross Avenue
Suite 4800W

Jeremy N. Gayed
William A. Ramsey
BARRETT & MCNAGNY LLP
215 East Berry Street
Fort Wayne, IN 46801
260-423-9551
Fax: 260-423-8920
jng@barrettlaw.com
war@barrettlaw.com

Thomas J. Parker (Admitted pro hac vice)
Deepro R. Mukerjee (Admitted pro hac vice)
Ellen Y. Cheong (Admitted pro hac vice)
Charles A. Naggar (Admitted pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309

| | |
|---|---|
| Dallas, TX 75201 | Ph: (404) 881-7000 |
| 214-978-6600 | Fax: (404) 881-7777 |
| Fax: 214-978-6601 | Thomas.parker@alston.com |
| Email: pskiermont@skiermontderby.com | deepro.mukerjee@alston.com |
|      sspires@skiermontderby.com | ellen.cheong@alston.com |
|      sabdullah@skiermontderby.com | charles.naggar@alston.com |

Michael A. Siem
DEVLIN LAW FIRM, LLC
1306 N. Broom Street
1st Floor
Wilmington, DE 19806
302-449-9013
Email: msiem@devlinlawfirm.com

*Attorneys for Defendants*
*MYLAN LABORATORIES LIMITED*
*MYLAN INC.*

*Attorneys for Defendants CANDA NX-2, LLC*
*and Nang Kuang Pharmaceutical Co., Ltd.*

                                             */s/ David M. Krinsky*
                                            David M. Krinsky