IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:14-CV-1647-TWP-DKL |
| ) | (consolidated) |
| NANG KUANG PHARMACEUTICAL CO., ) | |
| LTD., CANDA NK-2, LLC, SANDOZ INC., ) | |
| HERITAGE PHARMA LABS INC., HERITAGE ) | |
| PHARMACEUTICALS, INC., MYLAN, INC., ) | |
| and MYLAN LABORATORIES, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING JOINT MOTION TO SET SCHEDULE FOR**
**PRELIMINARY INJUNCTION BRIEFING**

Upon consideration of the Joint Motion to Set Schedule for Preliminary Injunction Briefing filed by Plaintiff Eli Lilly and Company ("Lilly") and Defendant Sandoz Inc. ("Sandoz"), being duly advised, it is hereby ORDERED that the Joint Motion to Set Schedule for Preliminary Injunction Briefing (Dkts. 139 and 142) are **GRANTED**.  The Clerk is directed to **OPEN** this matter which has been  administratively closed. The schedule for injunctive relief proceedings shall be as follows:

| Event | Proposed Deadline |
|---|---|
| Lilly's Preliminary Injunction Motion & Brief in Support | June 12, 2017 |
| Sandoz's Opposition to Preliminary Injunction Motion | June 26, 2017 |
| Lilly's Reply in Support of Preliminary Injunction Motion | July 3, 2017 |
| Witness and Exhibit lists | July 5, 2017 |

Hearing on preliminary injunction motion is set July 11, 2017 at 10:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Parties are allotted thirty minutes for a total of one hour

Date: 4/19/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:
    To all ECF-registered counsel of record via the Court's ECF system.